EMILY REITMEIER (SBN 305512)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
emily.reitmeier@skadden.com

GREG HULL (SBN 57367)
ATTORNEY AT LAW
333 West San Carlos Street, Suite 1050
San Jose, California 95110
Telephone: (650) 269-0094
gdhtrialaw@gmail.com

ALLEN RUBY (SBN 47109)
ATTORNEY AT LAW
15559 Union Ave. #138
Los Gatos, CA.  95032
Telephone: (408) 477-9690
allen@allenruby.com

Attorneys for Defendants
Intuitive Surgical, Inc.,
Intuitive Surgical Operations, Inc.,
and Intuitive Surgical Holdings, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| VICTORIA BARZILLI, an individual; ROES 1 through 10,000,<br><br>              Plaintiffs,<br><br>       v.<br><br>INTUITIVE SURGICAL, INC.; INTUITIVE SURGICAL OPERATIONS, INC.; INTUITIVE SURGICAL HOLDINGS, LLC; and DOES 1 to 100,<br><br>              Defendants. | CASE NO.: 2:21-CV-00677-PSG<br><br>**DECLARATION OF GREGORY D. HULL IN SUPPORT OF DEFENDANTS' MOTION FOR FEES AND COSTS**<br><br>Final Pretrial Conf.: 05/13/2022<br>Trial Date: 06/02/2022<br>Hearing Date: August 5, 2022<br>Hearing Time: 1:30 p.m.<br><br>Judge: Hon. Philip S. Gutierrez |

I, Gregory D. Hull, declare and state as follows:

1.      I am an attorney of record for Defendants Intuitive Surgical Inc., Intuitive Surgical Operations and Intuitive Surgical Holdings, LLC (jointly "Defendants").  I offer this Declaration in support of Defendants' Motion for Fees and Costs.  This declaration is based upon my personal knowledge and information provided to me, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2.      I have not been served with any written discovery in this case or any deposition subpoenas or notices.

3.      After fact discovery closed at the end of February 2022, I called counsel for Plaintiff and invited Plaintiff to meet and confer regarding upcoming trial-related deadlines in this case. Plaintiff's counsel advised me that Plaintiff was not ready to meet and confer on any legal or factual issues and would not be ready to meet and confer on pretrial matters until after the deposition of Dr. Trites occurred. Plaintiff's counsel said that the deposition would probably not occur "until summer."

4.      I have not been served with a notice of deposition for Dafna Trites D.O., at any time. I have no knowledge that Dr. Trites' deposition has been noticed or taken in the companion state court case.

5.      Defendants did engage in discovery and served written document requests and interrogatories on Plaintiff. Plaintiff's responses to Defendants' First Set of Special Interrogatories were served late, on March 29, 2022. Her responses were based solely on "information and belief" and disclosed no theory of liability even remotely useful to the Defendants. Plaintiff could not identify the ISI product(s) that she contends injured her.

6.      Defendants complied with the March 3 expert deadline and disclosed an expert (a gynecological surgeon, experienced in using the *da Vinci* surgical system to perform the kind of procedures in issue here) and produced the required expert report

2

on March 3, 2022. Plaintiff disclosed no expert and produced no report(s) at any time. Plaintiff did not depose Defendants' expert.

7.    Plaintiff made no effort to meet and confer on any pre-trial matter and, contrary to Local Rule 16-7, failed to propose a pretrial order and failed to request input from Defendants concerning it.

8.    I left San Jose on a Southwest Airlines flight at 9:00 a.m. on the day of the hearing on the order to show cause. I chose an early flight to make sure that neither the Court nor opposing would be inconvenienced by any disruption in flights or transportation from LAX to the Stanley Mosk Courthouse.  No disruptions occurred and I arrived at the Courthouse at about noon.  I carried my cell-phone with me and it was fully operational between the time I landed at LAX and the time that I shut it off about 5 minutes before the hearing was set to begin at 2:00 p.m. Plaintiff's counsel did not call me in advance of the hearing—either on the day of the hearing or in the days and weeks that preceded it—to advise Defendants' counsel about the course of action which has unfolded.  Indeed, to the time of this writing, counsel for Plaintiff has still not written a letter or an email of explanation or apology to Defendants, me, or as far as I know, the Court.

9.    I am self-employed and have practiced law for almost 50 years, including many years as a partner at several firms. My billable rate for this matter is $600/hr.

10.   The work I conducted on this matter after the end of January 2022 through the pretrial conference in May 2022, related to three tasks:

- Responding to Plaintiff's motion to continue trial (ECF No. 22), which was ultimately stricken for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order (ECF No. 24), and was not refiled;

- Expert discovery, including engaging an expert, the expert's time, and attorney time working with the expert in rendering her opinion and preparation of her report; and

- Preparing a "Pretrial Statement And [Proposed] Final Pretrial Conference Order" and attending the Pretrial Conference / Order to Show Cause hearing. (ECF No. 25).

11.     At the time I performed this work, I did not know that Plaintiff would fail to meet these deadlines, and thus I proceeded in a good-faith reliance that Plaintiff intended to prosecute her case.

12.     The work performed by me was reasonable and necessary to respond to motions filed and to meet the deadlines imposed by the Court in this case.

13.     Attached as Exhibit A are copies of my bills in the amount of $18,840 (31.4 hours at $600/hr) relating to this matter. I am counsel of record for ISI on many matters, and issue one bill to them, so I have redacted information relating to other matters.

14.     Attached as Exhibit B is a screenshot of my Southwest account showing my flight information for my plane ticket to travel to Los Angeles to attend the Pretrial Conference / Order to Show Cause hearing and a screenshot showing my credit card payment for this flight, amounting to $589.96.

15.     Attached as Exhibit C is a copy of the invoice from Intuitive designated expert witness, Dr. Kathryn Arendt for $1,080.

16.     I have incurred fees not yet reflected on the bills attached to Exhibit A. These are fees relating to this Motion, specifically for work: to finalize this Motion; to respond to any response by Plaintiff; and to attend any hearing on this matter. I can provide detail about these fees if and when this Court grants Intuitive's Motion.

17.     I understand the local rules of this Court requires parties to meet and confer prior to filing a Motion. Here, I orally moved in open court, in a transcribed proceeding, as to the subject of this Motion. Plaintiff has made no effort to meet and

4

confer with me regarding this Motion or a resolution, and I firmly believe any further outreach to Plaintiff's counsel will be futile.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 30th day of June, 2022, in California.

By: s/   Gregory D. Hull
GREGORY D. HULL
Attorney for Defendants
INTUITIVE SURGICAL, INC.
INTUITIVE SURGICAL OPERATIONS, INC.
INTUITIVE SURGICAL HOLDINGS, LLC

5

## **SIGNATURE ATTESTATION**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Emily A. Reitmeier*
Emily A. Reitmeier

# EXHIBIT A

February Time. ISI

1. 2.01.22: ███████████████████ (**Barzilli**) review and consideration of Order denying stay .2/ ██████████████████████



2.09.22: ████████████████████

(**Barzilli**) notes to/from E.R. and note to expert K. Arendt .3/

8. 2.10.22: ██████████████████████
(**Barzilli**) work on outbound rogs .4/

9. 2.11.22: (████████████████████
**Barzilli**)  work on rogs to plaintiff and call to Chuck Yuk, counsel for Trites M.D. in the companion case .9/

10. 2.14.22: (**Barzilli**) work on rogs .2/ call with Chuck Law re: MRs .2/



11. 2.15.22: ██████████████████████████████████
    (**Barzilli**) final review and edit of ROGS to Plaintiff.2/ ███████

15. 2.22.22 ████ (**Barzilli**) preps including acquisition of records, calls with surgeon counsel and with Emily re: expert report from K Arendt .9/ ████

16. 2.23.22: (**Barzilli**) initial logistics re: expert report from K. Arendt including calls with E.R. and note to K.A. and MR review .9/ add'l work with the medical record and preps for K.A. call re: expert report 3.0/ ██████████

17. 2.24.22: (**Barzilli**) review of logs and Trites file .3/ call with K.Arendt re: report .4/ review of CMO and calendar notes .2/ ██████████

18. 2.27.22 (**Barzilli**) draft expert report and two calls with our expert, K.A. 1.9/ [1.9]

March.Intuitive

1.  3.02.22: (**Barzilli**) work on expert report including comm(s) with K. Arendt .5/ attention to filing .2/ [.7]



10. 3.18.22:

(**Barzilli**) review of CMO and case generally; note to N.W. re: help and future steps on the case .5/

12. 3.22.22: (**Barzilli**) lengthy call with N.W. re: CMO and potential dispositive motions .4/



18. 3.29.22: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ (**Barzilli**) call with Plaintiff counsel re: pre-trial meet and confer .4/ Draft letter to counsel re: same .2/ ▮▮▮▮▮▮
▮▮▮▮

▮ 3.30.22: (**Barzilli**) chasing video of surgery, call to surgeon counsel and letter to plaintiff counsel re: same .5/ ▮▮▮▮▮▮



Intuitive.4.2022

1. 4.01.22:



**(Barzilli)** draft and rewrites of papers re: plaintiff Motion to Continue, including memo and decl. of GDH 1.5/

5. 4.07.22:

**(Barzilli)** brief review of surgery video and transmittal to K. Arendt .4/ att. to motion practice and MIL deadline .3/



13. 4.16.22: **(Barzilli)** note from plaintiff's counsel, etc .9

18. 4.27.22:

**(Barzilli)** call with Emily re: calendar and CMO/PTC and follow-up .3/ note to K Arendt re: video review .2/

19. 4.28.22:

**(Barzilli)** preps for call with K Arendt M.D. including review of the surgery video 1.4/ work on pretrial conference issues and call with Emily re: same .6/ lengthy call with K. Arendt .4/

21. 4.30.22: **(Barzilli)** continuing work on PTC statement, including conference with Emily 1.6/ [1.6]

END

INTUITIVE MAY 2022

1. 5.01.22: **(Barzilli)** work on pretrial conference statement; redline draft to Emily 1.1/ [1.1]
2. 5.02.22: **(Barzilli)** review and redline of third draft of PTC statement .5/ brief call with Emily re: same .2/ reply to notes from Kara and Emily re: statement .2/ ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮
3. 5.03.22: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ **(Barzilli)** review and sign-off on final draft of PTC statement .3/ att. to hearing logistics .2/
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
5. 5.05.22: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **(Barzilli)** additional work on proof (video) and notes to work paper re: same, as preps for hearing on 5.13.22. .6/
▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7. 5.08.22: **(Barzilli)** work on system logs and note to E.R w/ op report re: same .2/ [.2]
8. 5.09.22: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮ **(Barzilli)** review and consideration of Court's OSC .2/ ▮▮▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Exhibit A

14



11. 5.12.22:
   (**Barzilli**) preps for hearing tomorrow .3/ (

12. 5.13.22: (**Barzilli**) travel from/to SJC to LAX and preps for plus hearing on OSC 6.2 [actually left home at 7:30a and returned to SJC at 8:30p —missed flight from LAX by 20 minutes and had to wait until 7:20p for another seat -13 hours).

13. 5.15.22: (**Barzilli**) notes to work paper and call to Kara .3/

14. 5.16.22: (**Barzilli**) preps for fee motion, including review and notes on time-sheets .6/ [.6]

15. 5.17.22:
   (**Barzilli**) note to E.R. re: motion for fees. .2/

# EXHIBIT B



Travel - Airline

## Southwest Airlines DALLAS TX

# $589.96

May 4, 2022

On your statement as Southwest Airlines DALLAS TX

**1,180 Marriott Bonvoy Points**



**Split It**

**Plan It®**

### Plan It®

Divide this transaction into monthly payments for a fixed monthly fee.

Create a Plan

## Transaction Details



**Create a Plan**

## Transaction Details

SOUTHWEST AIRLINES

PO BOX 36611
DALLAS
TX
75235
UNITED STATES

📞 (800) 435-9792

🖥 https://www.southwest.com/contact-us/con...

Doing Business As          SOUTHWEST AIRLINES

Date Processed          May 5, 2022

Transaction Reference Number
320221250478908441

Exhibit B
18



# My Rapid Rewards

YOUR POINTS AVAILABLE

## 8,190

*Here's what you've earned toward A-List*



2 out of 25 flights ⓘ

6,260 out of 35,000 points ⓘ

*Look at your Companion Pass progress.*



2 out of 100 flights ⓘ

6,260 out of 125,000 points ⓘ

View status details

### Points activity

| DATE | DESCRIPTION | POINTS |
|---|---|---|
| 5/14/22 | 3SK8RW - Los Angeles, CA - LAX to San J... | + 3,007 |
| 5/14/22 | 3SK8RW - San Jose, CA - SJC to Los Ang... | + 3,253 |

← → + 8 • • •

3

Exhibit B
19

# EXHIBIT C

Exhibit C
20

# *Invoice*

**Dr. Kathryn Arendt, M.D.**
**18725 NE 109th St.**
**Redmond, WA 98052**

Date:          May 10, 2022

Invoice #:     Barzilli Invoice.2

**To: Court/Name**     Skadden, Arps, Slate, Meagher&FlomLLP
525 University Avenue
Palo Alto, CA  94301

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | **Legal Consultation** | | |
| 0.00 | Retainer | 1,000.00 | - |
| 1.80 | Case Review / hourly | 600.00 | 1,080.00 |
| 0.00 | Deposition / hourly | 850.00 | - |
| 0.00 | Court Appearance / daily | 5,000.00 | - |
| 0.00 | Out-Of-Town Services / daily | 5,000.00 | - |
| 0.00 | Cancellation Fee | 1,000.00 | - |
| 0.00 | Stand by Fee | 2,000.00 | - |
| 0.00 | Travel Time | 250.00 | - |
| | | | |
| | | Subtotal | $          1,080.00 |
| | | Sales Tax | |
| | | Total | $          **1,080.00** |

**Please make checks payable to Dr. Kathryn Arendt and mail to the above address.**

Exhibit C
21